# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **RANDY WRIGHT** | **CIVIL ACTION NO. 14-3130** |
|     **LA. DOC #603329** | |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **JAMES M. LeBLANC, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons set forth in this Court's Ruling and for those additional reasons set forth in the Magistrate Judge's Report and Recommendation [Doc. No. 8], to the extent adopted by the Court after a *de novo* review of the record,

IT IS ORDERED that Plaintiff's Motion to Amend/Correct the Complaint [Doc. No. 10] is GRANTED.

IT IS FURTHER ORDERED that his Motion to Appoint Counsel [Doc. No. 12] is DENIED.

IT IS FURTHER ORDERED, AND ADJUDGED, AND DECREED that all of Plaintiff's claims EXCEPT his excessive force claim are DISMISSED WITH PREJUDICE as frivolous and for failure to state a claim.

IT IS FURTHER ORDERED that Plaintiff's Motion for Request for Production of Documents [Doc. No. 11] is DENIED at this time, subject to review by the Magistrate Judge.

IT IS FURTHER ORDERED that this matter is REMANDED to the Magistrate Judge for

further consideration of Plaintiff's remaining excessive force claim.

MONROE, LOUISIANA, this 19th day of March, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE