UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **RANDY WRIGHT** | **CIVIL ACTION NO. 14-3130** |
| **LA. DOC #603329** | |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **JAMES M. LeBLANC, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED WITHOUT PREJUDICE.** Plaintiff may move for reinstatement within 30 days of this order by showing good cause for his violation of Local Rule 41.3 and Federal Rule of Civil Procedure 41(b).

**MONROE, LOUISIANA**, this 17th day of June, 2015.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE